AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Jewish People for the Betterment of Westhampton Beach, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. CV-12 3760 |
| The Village of Westhampton Beach, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

East End Eruv Association

Date: 8/28/12

*Attorney's signature*

Robert G. Sugarman RS5153
*Printed name and bar number*

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Address*

robert.sugarman@weil.com
*E-mail address*

(212) 310-8184
*Telephone number*

(212) 310-8007
*FAX number*