**Weil, Gotshal & Manges LLP**

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Robert G. Sugarman**
+1 212 310 8184
robert.sugarman@weil.com

October 12, 2012

Honorable Leonard D. Wexler
District Court Judge
United States District Court
944 Federal Plaza
Central Islip, New York 11722

Re: *Jewish People for the Betterment of Westhampton Beach, et al. v. The Village of Westhampton Beach, et al.,* CV 12-3760 (LDW) (ARL)

Dear Judge Wexler:

We represent the defendant East End Eruv Association, Inc. ("EEEA") in the above-referenced action. On October 4, 2012, Your Honor's law clerk, Mr. Peter J. Ausili, Esq., instructed EEEA to confer with the other parties to this action and agree upon a schedule governing the briefing of EEEA's and Verizon New York, Inc.'s ("Verizon") forthcoming motions to dismiss (the "Motions to Dismiss"). *See* Docket Nos. 6, 8 (requests by EEEA and Verizon for permission to serve and file their respective Motions to Dismiss). Thereafter, EEEA, Verizon, and plaintiffs conferred and agreed to the following briefing schedule in connection with the Motions to Dismiss:

- EEEA and Verizon will serve their moving papers on or before October 29, 2012.

- Plaintiffs will serve their opposition papers on or before November 28, 2012.

- EEEA and Verizon will serve their reply papers (and file all motion papers) on or before December 14, 2012.

Additionally, defendants Long Island Lighting Company, d/b/a Long Island Power Authority (which answered plaintiffs' complaint on October 3, 2012, *see* Docket No. 13), and the Village of Westhampton Beach (which has neither answered nor requested permission to move to dismiss the complaint) have informed EEEA that while they do not intend to move to dismiss the complaint, they do not object to the above briefing schedule. Accordingly, EEEA respectfully requests that Your Honor approve the briefing schedule for the Motions to Dismiss set forth herein.

Honorable Leonard D. Wexler
October 12, 2012
Page 2

**Weil, Gotshal & Manges LLP**

Respectfully submitted,

/s/ Robert G. Sugarman

cc (via ECF):   Hon. Arlene R. Lindsay
                Jonathan H. Sinnreich, Esq.
                Timothy F. Hill, Esq.
                Brian S. Sokoloff, Esq.
                Erica S. Weisgerber, Esq.
                Michele A. Pincus, Esq.
                Ronald J. Tenpas, Esq.