**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JEWISH PEOPLE FOR THE BETTERMENT OF WESTHAMPTON BEACH, et al.,

                Plaintiffs,

-against-

THE VILLAGE OF WESTHAMPTON BEACH, et al.,

                Defendants.

12-CV-3760 (LDW)

## **APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record

I am admitted to practice pro hac vice in the above-captioned case and I hereby enter my appearance as counsel for interested party: Long Island Lighting Company d/b/a LIPA.

Date:  October 16, 2012

        /s/ Ronald J. Tenpas
        *Attorney's Signature*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
        *Address*

rtenpas@morganlewisc.com
        *E-mail Address*
(202) 739-5435
        *Telephone Number*
(202) 739-3001
        *FAX Number*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2012, I have caused a copy of the foregoing Appearance of Counsel to be served via ECF on all counsel of record.

                   /s/
                 Ronald J. Tenpas