

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 21 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWISH PEOPLE FOR THE BETTERMENT OF WESTHAMPTON BEACH, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE VILLAGE OF WESTHAMPTON BEACH, et al., <br><br> Defendants. | 2:12-CV-3760 (LDW) <br><br> ORDER |

## ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS

WHEREAS Defendant Long Island Lighting Company d/b/a LIPA ("LIPA"), moved this Court, by Motion dated March 22, 2013, for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting LIPA judgment on the pleadings, and said Motion incorporated by reference certain arguments made by Defendant Verizon New York Inc. in its Motion to Dismiss, ECF No. 24-1;

WHEREAS Plaintiffs submitted an opposition, which incorporated by reference the arguments set forth in its oppositions to the motions to dismiss by defendants Verizon New York Inc. and the East End Eruv Association, ECF Nos. 23-3 – 23-10 and 24-8 – 24-15; and

WHEREAS all parties agree that oral argument on the Motion is unnecessary; it is now

**ORDERED** that LIPA's motion for judgment on the pleadings is granted and Plaintiffs' claims against LIPA are dismissed in their entirety.

**SO ORDERED.**

Dated: Central Islip, New York

_MAY 21_, 2013

s/ Leonard D. Wexler

Hon. Leonard D. Wexler
United States District Judge

2