UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JEWISH PEOPLE FOR THE BETTERMENT OF WESTHAMPTON BEACH, ARNOLD SCHEIFFER, and ESTELLE LUBLINER,

        Plaintiffs,

  -against-

THE VILLAGE OF WESTHAMPTON BEACH, ,

        Defendant.
-----------------------------------------------------------------------x

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

Docket No.
CV-12-3760 (ARL)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that this action is hereby dismissed, without prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Dated: Westbury, New York
   April 2, 2014

| SINNREICH KOSAKOFF & MESSINA LLP<br>Attorneys for Plaintiffs<br><br>By: _[signature]_<br>  JONATHAN SINNREICH [struck through]<br>  Timothy Hill<br>267 Carleton Avenue, Suite 301<br>Central Islip, NY 11722<br>(631) 650-1200 | SOKOLOFF STERN LLP<br>Attorneys for Defendant VILLAGE OF WESTHAMPTON BEACH<br><br>By: _[signature]_<br>  BRIAN S. SOKOLOFF (bss-7147)<br>179 Westbury Avenue<br>Carle Place, NY 11514<br>(516) 334-4500<br>Our File No. 120091 |